Jerry Fixa et al. v. Paul H. Burglund et al.

Benjamin Kohout, receiver, appellee, v. Joe Panek, appellant. Gen. No. 37,157.

Opinion filed February 15, 1934.

A. G. Dicus, for appellant. George A. Novak, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

SECOND DISTRICT.

Fred Griffel et al., appellees, v. Laurits M. Larsen et al., appellants. Gen. No. 8,640.

Opinion filed January 19, 1934.

Gerald C. Snyder, for appellant Laurits M. Larsen. Paul Mac-Guffin, for appellees.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Embert Erickson, administrator of the estate of Earl J. Erickson, deceased, appellant, v. Fred Ball, appellee. Gen. No. 8,675.

Opinion filed January 19, 1934. Rehearing denied April 2, 1934.

Alexander J. Strom and Harold C. Sewell, for appellant. Wm. Biester, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.